**Dismissed and Memorandum Opinion filed May 31, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01047-CV

_____

## ROSEMARY HARRISON AND LESLIE WILLIAMS, Appellants

### V.

## LANSBOUROUGH APARTMENTS, Appellee

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1002594**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed November 1, 2011.   The clerk's record was filed January 11, 2012.   No reporter's record was filed.   No brief was filed.

On April 13, 2012, this court issued an order stating that unless appellants submitted a brief, together with a motion reasonably explaining why the brief was late, on or before, 2012, the court would dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

Appellants filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown and McCally.